FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 - 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 00475 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CODY G. CARLSEN,

    Applicant,

v.

JULIE WANDS, Warden, FCI Florence,

    Respondent.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCIES

Petitioner has submitted an "Application to Proceed In Forma Pauperis, Supporting Documentation, and Order," and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Petitioner will be directed to cure the following if he wishes to pursue his claims. Any papers which the Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) \_\_ is not submitted
(2) \_\_ is missing affidavit
(3) \_\_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   **X**    is missing certificate showing current balance in prison account (<u>financial statement submitted, dated May 14, 2007, is not certified and is not current</u>).
(5)   ___  is missing required financial information
(6)   ___  is missing an original signature by the prisoner
(7)   **X**    is not on proper form (must use the court's current form)
(8)   ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___  An original and a copy have not been received by the court. Only an original has been received.
(10)   ___  other: _____ .

**Complaint, Petition or Application:**
(11)   ___  is not submitted
(12)   ___  is not on proper form (must use the court's current form)
(13)   ___  is missing an original signature by the prisoner
(14)   ___  is missing page nos. ___
(15)   ___  uses et al. instead of listing all parties in caption
(16)   ___  An original and a copy have not been received by the court. Only an original has been received.
(17)   ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   ___  names in caption do not match names in text
(19)   ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 26th day of February, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '10 – CV – 00475

Cody G. Carlsen
Reg No. 09657-046
FCI Florence
P.O. Box 6000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action** to the above-named individuals on 3/2/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk